# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATSON NAVIGATION COMPANY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, and MARITIME ADMINISTRATION,<br><br>    Defendants. | Civil Action No. 1:18-cv-2751 (RDM) |

## NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS

On January 18, 2019, this Court granted Defendants' motion for a stay of all proceedings in the above-captioned case in light of the lapse of appropriations for the Department of Justice and the Department of Transportation. As of January 25, 2019, after a 35-day lapse, funding was restored for the Departments of Justice and Transportation through February 15, 2019, and the Department has now resumed its usual civil litigation functions. Pursuant to this Court's January 18, 2019, minute order, Defendants request the opportunity to meet and confer for the purpose of submitting to the Court a proposed schedule that takes into account the duration of the lapse in appropriations by Friday, February 1, 2019, or as soon thereafter as is practical.

Dated: January 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

1

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.    (202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*