# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATSON NAVIGATION COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, and MARITIME ADMINISTRATION, <br><br> Defendants. | Civil Action No. 1:18-cv-2751 (RDM) |

## FEDERAL DEFENDANTS' RESPONSE TO PROPOSED INTERVENTION

Pursuant to this Court's January 28, 2019, Minute Order, Federal Defendants do not oppose APL Marine Services, Ltd and APL Maritime, Ltd's motion to intervene, ECF No. 12.

Dated: January 29, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.   (202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*