IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATSON NAVIGATION COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF TRANSPORTATION, MARITIME ADMINISTRATION, <br><br> Defendants, <br><br> and <br><br> APL MARINE SERVICES, LTD., APL MARITIME LTD., <br><br> Proposed Intervenor-Defendants. | Civil Action No. 18-2751 |

### MATSON NAVIGATION COMPANY, INC.'S STATEMENT OF NON-OPPOSITION TO APL'S MOTION TO INTERVENE

Matson Navigation Company, Inc. does not oppose the Motion to Intervene as Defendants filed by APL Marine Services, Ltd. and APL Maritime, Ltd. on January 25, 2019 (Dkt. No. 12).

Dated:   January 29, 2019

/s/ Mark A. Perry
Mark A. Perry, DC Bar No. 438203
MPerry@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

*Counsel for Plaintiff Matson Navigation Company, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on January 29, 2019, I caused to be served on all parties the foregoing Matson Navigation Company, Inc's Statement of Non-Opposition to APL's Motion to Intervene via CM/ECF .

Dated:   January 29, 2019              */s/ Mark A. Perry*
                                       Mark A. Perry,
                                       DC Bar No. 438203