**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MATSON NAVIGATION COMPANY, INC.,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, and
MARITIME ADMINISTRATION,

      Defendants,

and

APL MARINE SERVICES, LTD.,
and APL MARITIME, LTD.,

      Proposed Intervenor-Defendants.

Civil Action No. 1:18-cv-2751 (RDM)

## <u>PROPOSED BRIEFING SCHEDULE</u>

Pursuant to this Court's January 18, 2019 and January 31, 2019 Minute Orders, the parties

have met and conferred and jointly submit the following proposed briefing schedule.  This schedule

includes briefing dates for the Proposed Intervenor-Defendants, should this Court grant their motion

to intervene, ECF No. 12.

- **February 28, 2019:** Federal Defendants answer or otherwise respond to the Complaint.

- **March 15, 2019:** Federal Defendants provide administrative record to the parties and file a
  certified list of the contents of the administrative record with the Court in accordance with
  LCvR 7(n).

- **March 22, 2019:** Plaintiff files motion for summary judgment.

- **April 19, 2019:** Federal Defendants and Proposed Intervenor-Defendants file their oppositions to Plaintiff's motion for summary judgment and cross-motions for summary judgment.

- **May 10, 2019:** Plaintiff files its reply in support of its motion for summary judgment and opposition to Federal Defendant and Proposed Intervenor-Defendants' cross-motions for summary judgment.

- **May 24, 2019**: Federal Defendants and Proposed Intervenor-Defendants file their replies in support of their motions for summary judgement.

- **June 7, 2019**:  The parties shall file the appendix pursuant to LCvR 7(n)(1) and (2).

Dated: February 1, 2019                    Respectfully submitted,

                                           JOSEPH H. HUNT
                                           Assistant Attorney General

                                           BRAD P. ROSENBERG
                                           Assistant Branch Director

                                           */s/ Joseph E. Borson*
                                           JOSEPH E. BORSON (Va. Bar No. 85519)
                                           Trial Attorney, U. S. Dept. of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L St., NW
                                           Washington, D.C. 20005
                                           Tel.     (202) 514-1944
                                           Joseph.Borson@usdoj.gov

                                           *Attorneys for Federal Defendants*

/s/ *Mark A. Perry*
MARK A. PERRY (DC Bar No. 438203)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
MPerry@gibsondunn.com

*Attorney for Plaintiff Matson Navigation Company Inc.*

/s/ *Brian T. Burgess*
BRIAN T. BURGESS (DC Bar No. 1020915)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC  20001
202) 346-4000
BBurgess@goodwinlaw.com

*Attorney for Proposed Intervenor-Defendants APL Martine Services, Ltd., and APL Maritime, Ltd.*