UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATSON NAVIGATION COMPANY, INC.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>   *Defendants*,<br><br>and<br><br>APL MARINE SERVICES, LTD., *et al.*,<br><br>   *Intervenor-Defendants.* | Civil Action No. 18-2751 (RDM) |

**ORDER**

For the reasons set forth in the Court's Amended Memorandum Opinion, Dkt. 44, and its Memorandum Opinion on vacatur, Dkt. 48, it is hereby **ORDERED** that the Maritime Administration's ("MARAD") 2016 approval of the APL Saipan for participation in the Maritime Security Program is **VACATED** and the case is **REMANDED** to MARAD for further proceedings consistent with this Order and the Court's Amended Memorandum Opinion.

This Order constitutes the final judgment of the Court within the meaning of Federal Rule of Civil Procedure 58(a). The Clerk of the Court is directed to terminate the case.

**SO ORDERED**.

/s/ Randolph D. Moss  
RANDOLPH D. MOSS  
United States District Judge

Date:  June 30, 2020